P. A. Willcox, as receiver, against the Georgetown Dock & Terminal Company and others. F. Stewart, for appellant. J. H. Post, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 123 N. Y. Supp. 1149.

WILLETS, Appellant, v. CENTRAL R. R. OF NEW JERSEY, Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1910.) Action by Eva A. Willets against the Central Railroad of New Jersey. E. M. Hitchings, for appellant. R. Thorne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WILLIAMS, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Elizabeth S. Williams against the City of Buffalo. No opinion. Order affirmed, with costs.

WILLIAMS, Respondent, v. UNITED STATES BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Clarence C. Williams against the United States Banking Company. J. A. Garver, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIAMS, Respondent, v. VILLAGE OF WHITESBORO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Mary A. Williams against the Village of Whitesboro.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS, J., not sitting.

WILLNER, Appellant, v. MINK RESTAURANT CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Max Willner against the Mink Restaurant Company. M. S. Bevins, for appellant. R. R. Billington, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 122 N. Y. Supp. 1150; infra.

WILLNER v. MINK RESTAURANT CO. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Max Willner against the Mink Restaurant Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

WILLOVER, Respondent, v. TOWN OF OLEAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Harriet A. Willover against the Town of Olean.
PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground that the evidence fails to show that the defendant was guilty of actionable negligence.
McLENNAN, P. J., not sitting.

WILLSON, Appellant, v. FAXON, WILLIAMS & FAXON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Porter J. Willson against Faxon, Williams & Faxon. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 122 N. Y. Supp. 783.

WILNER, Respondent, v. INDEPENDENT ORDER AHAWAS ISRAEL, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Samuel Wilner, as administrator, against the Independent Order Ahawas Israel. A. B. Jaworower, for appellant. S. I. Frankenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 App. Div. 902, 112 N. Y. Supp. 1150.

In re WILSON. (Supreme Court, Appellate Division, First Department. May 27, 1910.) In the matter of Heman B. Wilson. No opinion. Reference ordered. Settle order on notice.

WILSON v. STEIN et al. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Sampson J. Wilson against Berish Stein and others. No opinion. Order affirmed, with $10 costs and disbursements.

WIRE & TELEPHONE CO. OF AMERICA, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by the Wire & Telephone Company of America against the Waterbury Company.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING, J., dissents.

WIRTH, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Henry J. Wirth against Moses Cohen. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 121 N. Y. Supp. 1151.

WOOD, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by John J. Wood against James Fish. No opinion. Order affirmed on argument, with $10 costs and disbursements.

WOODBURY et al. v. BUGGELN et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by William A. Woodbury and others against Robert Buggeln and others. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 122 N. Y. Supp. 1150.